**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

───────────────────────────────────────────x

In re:                                                                    :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*     :    Case No. 08-13555 (JMP)

                    Debtors.                                      :

───────────────────────────────────────────x

LEHMAN BROTHERS SPECIAL FINANCING INC.    :

                    Plaintiff,                                    :

− against −                                                       :    Adversary Proceeding
                                                                           No.: 10-03547 (JMP)

BANK OF AMERICA NATIONAL ASSOCIATION,     :
THE BANK OF NEW YORK MELLON NATIONAL
ASSOCIATION, BNY CORPORATE TRUSTEE        :
SERVICES LTD., CITIBANK, N.A., DEUTSCHE BANK
TRUST COMPANY AMERICAS, U.S. BANK         :
NATIONAL ASSOCIATION, U.S. BANK TRUST
NATIONAL ASSOCIATION, WELLS FARGO BANK    :
NATIONAL ASSOCIATION,
                                                                           :
                    Trustee Defendants,
                                                                           :
− and −
                                                                           :
801 GRAND CDO SPC, f/a/o THE SERIES 2006-1, as
Issuer, 801 GRAND CDO SERIES 2006-1 LLC, as       :
Co-issuer, 801 GRAND CDO SPC, f/a/o THE SERIES
2006-2, as Issuer, 801 GRAND CDO SERIES 2006-2    :
LLC, as Co-issuer, ALTA CDO SPC, f/a/o THE SERIES
2007-1 SEGREGATED PORTFOLIO, as Issuer, ALTA      :
CDO LLC, FOR SERIES 2007-1, as Co-issuer, ALTA
CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED       :
PORTFOLIO, as Issuer, ALTA CDO LLC, FOR SERIES
2007-2, as Co-issuer, BARTON SPRINGS CDO SPC, f/a/o :
THE SERIES 2005-1 SEGREGATED PORTFOLIO, as
Issuer, BARTON SPRINGS CDO SERIES 2005-1 LLC, as  :
Co-Issuer, BARTON SPRINGS CDO SPC, f/a/o THE
SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer,    :
BARTON SPRINGS CDO SERIES 2005-2 LLC, as Co-
issuer, BLUE POINT CDO SPC, f/a/o THE SERIES 2005- :

1 SEGREGATED PORTFOLIO, as Issuer, BLUE POINT CDO SERIES 2005-1 LLC, as Co-issuer, BLUE POINT CDO SPC, f/a/o THE SERIES 2005-2 SEGREGATED PORTFOLIO, as Issuer, BLUE POINT CDO SERIES 2005-2 LLC, as Co-issuer, CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer, CHERRY HILL CDO LLC THE SERIES 2007-1, as Co-issuer, CHERRY HILL CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer, CHERRY HILL CDO LLC FOR SERIES 2007-2, as Co-issuer, COPPER CREEK CDO SPC, f/a/o SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer, COPPER CREEK CDO LLC, as Co-issuer, CROWN CITY CDO 2005-1 LIMITED, as Issuer, CROWN CITY CDO 2005-1 LLC, as Co-Issuer, CROWN CITY CDO 2005-2 LIMITED, as Issuer, CROWN CITY CDO 2005-2 LLC, AS CO-ISSUER, FREEDOM PARK CDO SERIES 2005-1 LIMITED, as Issuer, FREEDOM PARK CDO SERIES 2005-1 LLC, as Co-issuer, FULLERTON DRIVE CDO LIMITED, as Issuer, FULLERTON DRIVE CDO LLC, as Co-issuer, GREYSTONE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer, GREYSTONE CDO SERIES 2006-1 LLC, as Co-issuer, GREYSTONE CDO SPC, f/a/o THE SERIES 2006-2 SEGREGATED PORTFOLIO, as Issuer, GREYSTONE CDO SERIES 2006-2 LLC, as Co-issuer, JEFFERSON VALLEY CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer, JEFFERSON VALLEY CDO SERIES 2006-1 LLC, as Co-Issuer, KINGS RIVER LIMITED, as Issuer, KINGS RIVER LLC, as Co-issuer, LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer, LAKEVIEW CDO LLC SERIES 2007-1, as Co-issuer, LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Issuer, LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-2 SEGREGATED PORTFOLIO, as Co-issuer, LAKEVIEW CDO SPC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Issuer, LAKEVIEW CDO LLC, f/a/o THE SERIES 2007-3 SEGREGATED PORTFOLIO, as Co-issuer, PANTERA VIVE CDO SPC, f/a/o THE SERIES 2007-1, as Issuer, PANTERA VIVE CDO LLC, as Co-issuer, PEBBLE CREEK LCDO 2007-2, LTD., as Issuer, PEBBLE CREEK LCDO 2007-2, LLC, as Co-issuer, PENN'S LANDING CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer, PENN'S LANDING CDO LLC,

: : : : : : : : : : : : : : : : : : :

| | |
|---|---|
| as Co-issuer, PHOENIX 2002-1 LIMITED, as Issuer, PHOENIX 2002-1 LLC, as Co-issuer, PHOENIX 2002-2 LIMITED, as Issuer, PYXIS ABS CDO 2007-1 LTD., as Issuer, PYXIS ABS CDO 2007-1 LLC, as Co-issuer, QUARTZ FINANCE PLC, as Issuer, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-19-C TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2005-21-C TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2006-1-C TRUST, RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 2007-4-C TRUST, RAACLC TRUST, SERIES 2003-A, RUBY FINANCE PLC, f/a/o THE SERIES 2005-1, as Issuer, RUBY FINANCE PLC, f/a/o THE SERIES 2006-4, as Issuer, RUBY FINANCE PLC, f/a/o THE SERIES 2007-1, as Issuer, SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 FEDERATION A-1 SEGREGATED PORTFOLIO, as Issuer, SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 FEDERATION A-2 SEGREGATED PORTFOLIO, as Issuer, SOLAR V CDO SPC, f/a/o THE SERIES 2007-1 SEGREGATED PORTFOLIO, as Issuer, SOLAR V CDO LLC, as Co-issuer, STOWE CDO SPC, f/a/o THE SERIES 2006-1 SEGREGATED PORTFOLIO, as Issuer, STOWE CDO SERIES 2006-1 LLC, as Co-issuer, STOWE CDO SPC, f/a/o THE SERIES 2008-2A SEGREGATED PORTFOLIO, as Issuer, STOWE CDO LLC, as Co-Issuer, SUNSET PARK CDO LIMITED SPC, f/a/o THE SERIES 2005-5 SEGREGATED PORTFOLIO, as Issuer, SUNSET PARK CDO SERIES 2005-5 LLC, as Co-issuer, SUNSET PARK CDO SERIES 2005-6 LIMITED, as Issuer, SUNSET PARK CDO SERIES 2005-6 LLC, as Co-issuer, SECURITIZED PRODUCT OF RESTRUCTURED COLLATERAL LIMITED SPC, f/a/o THE SERIES 2007-1 TABXSPOKE (07-1 40-100) SEGREGATED PORTFOLIO, as Issuer, SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC, as Co-issuer, TAVARES SQUARE CDO LIMITED, as Issuer, TAVARES SQUARE CDO LLC, as Co-issuer, TAYLOR CREEK LIMITED, as Issuer, TAYLOR CREEK LLC, as Co-issuer, VOX PLACE CDO LIMITED, as Issuer, VOX PLACE CDO LLC, as Co-issuer, | : : : : : : : : : : : : : : : : : : : |
| Issuer Defendants, | : |

− and −

AC CAPITAL PARTNERS LTD., ACA FINANCIAL GUARANTY CORPORATION, ASTERI GROUP LTD., BABSON CAPITAL MANAGEMENT, BANCO CREDITO DEL PERU, BANK OF CHINA, THE BANK OF FUKUOKA, LTD., BARCLAYS BANK PLC, BASIS YIELD ALPHA CAPITAL, BASIS CAPITAL PTY LIMITED, BLUE CROSS BLUE SHIELD, BEAR STEARNS ASSET MANAGEMENT, BENEFICIAL LIFE INSURANCE CO., BLACKROCK, INC., CALYON NEW YORK, CANADIAN IMPERIAL BANK OF COMMERCE, CENTRAL REINSURANCE CORP., CHEYNE CAPITAL MANAGEMENT (UK) LLP, CITIGROUP ALTERNATIVE INVESTMENTS LLC, CSFB ALTERNATIVE CAPITAL I, CSFB CDO-CITI, THE DAEGU BANK, LTD., DELAWARE INVESTMENT ADVISORS INC., DELAWARE MANAGEMENT BUSINESS TRUST, DELPHI FINANCIAL GROUP, INC., DEXIA, EDISON INTERNATIONAL, ELLIOT ASSOCIATES, L.P., EQUITY GROUP, INC., ETHIAS SA, FAR GLORY LIFE INSURANCE CO., LTD., FAXTOR SECURITIES BV, GARADEX INC., GARLAND INVESTMENT MANAGEMENT INC., GATEX PROPERTIES INC., GOLDMAN SACHS US MORTGAGES SAI FUND, GORDON RAUSSER, GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN), GORDON RAUSSER (IRA), KUO HUA LIFE INSURANCE, LTD., IKB DEUTSCHE INDUSTRIEBANK, INTERNATIONAL BANK OF TAIPEI, IRON FINANCIAL, JA HOKKAIDO SHINREN, KOREA'S NATIONAL AGRICULTURAL COOPERATIVE FEDERATION, MAGNETAR CAPITAL, MBIA CAPITAL MANAGEMENT CORPORATION, MKP CAPITAL MANAGEMENT LLC, MODERN WOODMEN, MONEYGRAM USA, THE OCEANIC HEDGE FUND, OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, OMICRON INVESTMENT MANAGEMENT GMBH (f/k/a UNIQA ALTERNATIVE INVESTMENTS GMBH), PB CAPITAL CORPORATION, PRINCETON ADVISORY GROUP, INC., PRINCIPAL GLOBAL INVESTORS, (EUROPE) LIMITED, PRINCIPAL GLOBAL INVESTORS, RABOBANK INTERNATIONAL NEW YORK BRANCH, RABOBANK GROUP, RGA LLC,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

ROTHSCHILD ASSET MANAGEMENT INC., SENECA CAPITAL MANAGEMENT LLC, SENTINEL MANAGEMENT GROUP INC., SHIELD SECURITIES, SHING KONG LIFE INSURANCE CO., LTD., SHINGKONG INSURANCE CO. LTD., SHINHAN BANK, SOUTHERN MISSOURI BANCORP, INC., SOCIETE GENERALE, STONE TOWER, SUSQUAHANA BANK, SWISS LIFE LTD., TAIWAN LIFE, TOM DEPPING, TRAVELERS EXPRESS COMPANY INC., TRUST CO. OF THE WEST INC., UNION INVESTMENT GROUP, UNIQA ALTERNATIVE INVESTMENTS, VANDERBILT CAPITAL ADVISORS, VERITAS CAPITAL, WELLS FARGO, NATIONAL ASSOCIATION, ZAIS GROUP, LLC, ZAIS INVESTMENT GRADE LTD., Individually and as Representatives of all others similarly situated,

            Noteholder Defendants.

-------------------------------------------------x

**STIPULATION, AGREEMENT AND ORDER UNDER BANKRUPTCY RULE 7041 AMONG LEHMAN BROTHERS SPECIAL FINANCING INC., RUBY FINANCE PLC, NATEUS LIFE NV, and ETHIAS SA**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

      Lehman Brothers Special Financing Inc. ("LBSF"), Ruby Finance PLC (the "Issuer"), BNY Mellon Corporate Trustee Services Limited (named in the Amended Complaint, dated October 1, 2010, as "BNY Corporate Trustee Services Limited") (the "Trustee"), Nateus Life NV ("Nateus"), and Ethias SA ("Ethias," and with Nateus, the "Class A-1 Noteholder," and the Class A-1 Noteholder collectively with the Trustee, the Issuer, LBSF, the "Parties"), hereby enter into this Stipulation, Agreement and Order under Rule 7041 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and represent and agree as follows:

**RECITALS**

5

A. Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries including LBSF (collectively, the "Debtors") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. By Order dated December 16, 2008, the Court entered an order pursuant to Sections 105 and 365 of the Bankruptcy Code to establish procedures for the settlement or assumption and assignment of prepetition derivative contracts (the "December Order").

C. Dante Finance Public Limited Company ("Dante") and the Trustee are parties to a principal trust deed dated October 10, 2002, as amended and restated from time to time, to which the Issuer has acceded pursuant to a deed of accession dated 22 July 2005 (the "Accession Deed") establishing a programme for the issuance from time to time of secured notes (the principal trust deed dated October 10, 2002, as amended and restated from time to time, as acceded to by the Issuer pursuant to the Accession Deed, the "Principal Trust Deed").  Pursuant to clause 2.7 of the Principal Trust Deed, the Issuer has authorised and issued its Series 2005-1 Class A1 EUR 1,000,000 Leveraged Super Senior Tranche Notes due 2010 (ISIN: XS0227714424) (the "Notes") constituted and secured by a supplemental trust deed.

D. LBSF and the Issuer entered into a swap transaction governed by an ISDA Master Agreement and Schedule to the ISDA Master Agreement dated as of October 10, 2002, as amended and restated (the "Master Agreement") between LBSF and Dante to which the Issuer has acceded under the Accession Deed.

E. LBSF and the Issuer entered into a transaction pursuant to the Master Agreement relating to the Notes with an effective date of August 18, 2005 (the "Swap Transaction") as

6

evidenced by a confirmation dated August 18, 2005 (the "Confirmation," and together with the Master Agreement insofar as it is incorporated into the Confirmation, the "Swap Documents").

F.     On September 14, 2010, LBSF filed the above-captioned adversary proceeding (the "Adversary Proceeding"), asserting certain causes of action against, among others, the Issuer, as issuer of the Notes, and the Trustee, as trustee in respect of the Notes.

G.     Notwithstanding the terms of the Swap Documents, LBSF and the Issuer have agreed to a settlement of the Swap Transaction effected in accordance with the December Order, and in connection therewith all claims of LBSF related solely and expressly to the Notes asserted in the Adversary Proceeding will be dismissed as set forth below.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1.     The recitals set forth above are incorporated as if fully set forth herein.

2.     This Stipulation, Agreement and Order shall not become effective unless and until it is "so ordered" by the Court.

3.     Upon the Court's approval of this Stipulation, Agreement and Order, LBSF's claims in the Adversary Proceeding shall thereby be dismissed with prejudice under Bankruptcy Rule 7041 against (i) the Issuer solely as issuer of the Notes, (ii) the Trustee solely in respect of the Notes, and (iii) the Class A-1 Noteholder and any other affiliated entities that may be members of the Noteholder Class as defined in the October 1, 2010 Amended Complaint, solely in respect of the Notes.

4.     For the avoidance of doubt, this Stipulation is intended to dismiss causes of action in the Amended Complaint that have been asserted against the Issuer, the Trustee and/or the Class A-1 Noteholder (and any entity affiliated therewith that may be a member of the Noteholder Class as defined in the Amended Complaint) only to the extent those causes of action

7

relate to or are in respect of the Notes. Nothing herein shall be construed as a dismissal of the causes of action in the Amended Complaint that have been asserted against the Issuer or the Trustee or the Class A-1 Noteholder insofar as they relate to or are in respect of securities other than the Notes.

5. This Stipulation, Agreement and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

6. Each person who executes this Stipulation, Agreement and Order represents that he or she has the authority to execute this document on behalf of the Party for which he or she is signing.

7. This Stipulation, Agreement and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order to present any copy, copies or facsimiles signed by the party hereto to be charged.

8. The Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation, Agreement and Order.

Dated: March 23, 2011

| **AGREED:** | |
|---|---|
| **LEHMAN BROTHERS SPECIAL FINANCING INC. (as "LBSF")** | **RUBY FINANCE PLC (as the "Issuer")** |
| By: /s/ Daniel Ehrmann | By: /s/ Daniel McGing |
| Vice President | Director |
| **BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED (as the "Trustee")** | **NATEUS LIFE NV (for itself and any affiliated entity that may be a member of the Noteholder Class, as defined in the Amended Complaint)** |
| By: /s/ Sanjay Jobanputra | By: /s/ Frank Jeusette |
| Authorised Signatory | Director |
| | By: /s/ Benoît Verwilghen |
| | Director |

**ETHIAS SA (for itself and any as affiliated entity that may be a member of the Noteholder Class, as defined in the Amended Complaint)**

By: /s/ Benoît Verwilghen

CFO

By: /s/ Alain Delatte

Finance Director

**SO ORDERED:**

Dated: New York, New York
       March 15, 2012

                                         *s/ James M. Peck*
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE