**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――― x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
**Plaintiff,** :
:
-against- : **Adversary Proceeding**
: **No. 10-03547 (JMP)**
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
**Defendants.** :
―――――――――――――――――――――――――――― x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses without prejudice and without costs all claims against Defendants First Trust Strategic High Income Fund and First Trust Strategic High Income Fund III arising out of or related to Pebble Creek LCDO 2007-2 Ltd. and/or Pebble Creek LCDO 2007-2 LLC asserted in the above Adversary Proceeding, No. 10-03547.

Dated: New York, New York
       June 28, 2013

Respectfully submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By:   s/Adam M. Bialek
      William F. Dahill
      Adam M. Bialek

500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050

*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*