**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
        **Plaintiff,** :
:
-against- :    Adversary Proceeding
:    No. 10-03547 (SCC)
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
        **Defendants.** :
———————————————————————— x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Depping 1999 Investment Limited Partnership arising out of or related to 801 Grand CDO SPC, for the account of the Series 2006-1 Segregated Portfolio and/or 801 Grand CDO Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-03547 (SCC).

Dated: New York, New York
       February 18, 2014

                              Respectfully submitted,

                              WOLLMUTH MAHER & DEUTSCH LLP

                              By:    s/Adam M. Bialek
                                    William F. Dahill
                                    Adam M. Bialek

                              500 Fifth Avenue
                              New York, New York 10110
                              Telephone:  (212) 382-3300
                              Facsimile:  (212) 382-0050

                              *Counsel for Plaintiff*
                              *Lehman Brothers Special Financing Inc.*