**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
               **Plaintiff,** :
:
-against- : **Adversary Proceeding**
: **No. 10-03547 (SCC)**
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
et al., :
:
:
               **Defendants.** :
_____ x

## NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant First Trust Strategic High Income Fund II arising out of or related to Pebble Creek LCDO 2007-2 Ltd. and/or Pebble Creek LCDO 2007-2 LLC asserted in the above Adversary Proceeding, No. 10-03547 (SCC).

Dated: New York, New York
       March 3, 2014

                                                  Respectfully submitted,

                                                  WOLLMUTH MAHER & DEUTSCH LLP

                                                  By:   s/Adam M. Bialek
                                                         William F. Dahill
                                                         Adam M. Bialek

                                                  500 Fifth Avenue
                                                  New York, New York 10110
                                                  Telephone: (212) 382-3300
                                                  Facsimile: (212) 382-0050

                                                  *Counsel for Plaintiff Lehman Brothers Special*
                                                  *Financing Inc.*