**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
         **Plaintiff,** :
:
-against-                                                   :     Adversary Proceeding
:     No. 10-03547 (JMP)
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
et al.,                                         :
:
:
:
         **Defendants.** :
---------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Blue Cross Blue Shield of Michigan arising out of or related to 801 Grand CDO SPC, for the account of the Series 2006-1 Segregated Portfolio and/or 801 Grand CDO Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-03547 (JMP).

Dated: New York, New York
       March 21, 2014

                                                              Respectfully submitted,

                                                               WOLLMUTH MAHER & DEUTSCH LLP

                                                              By:    s/Adam M. Bialek
                                                                         Adam M. Bialek

                                                              500 Fifth Avenue
                                                              New York, New York 10110
                                                              Telephone: (212) 382-3300
                                                              Facsimile: (212) 382-0050

                                                              *Counsel for Plaintiff*
                                                              *Lehman Brothers Special Financing Inc.*