**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
                                                    :        **Chapter 11**
**In re:**                                          :
                                                    :        **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          :
                                                    :
**Debtors.**                                        :
———————————————————————— x
                                                    :
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
                                                    :
                            **Plaintiff,**          :
                                                    :
**-against-**                                       :        **Adversary Proceeding**
                                                    :        **No. 10-03547 (JMP)**
**BANK OF AMERICA NATIONAL ASSOCIATION,**           :
**et al.,**                                         :
                                                    :
                                                    :
                          **Defendants.**           :
———————————————————————— x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. ("LBSF") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs:

(i)    all claims against putative noteholder class Defendant Bond Fund Opportunities EUR – A and Andorra Banc Agricol Reig, S.A. arising out of or related to (x) Blue Point CDO SPC for the account of Series 2005-2 Segregated Portfolio and/or (y) Blue Point CDO Series 2005-2 LLC asserted in the above Adversary Proceeding (together, "Blue Point"), No. 10-03547 (JMP) (the "Action");

(ii)    all claims against Defendant U.S. Bank National Association (solely as trustee for Blue Point) arising out of or related to Blue Point CDO SPC for the account of Series 2005-2 Segregated Portfolio and/or Blue Point CDO Series 2005-2 LLC asserted in the Action (but no claims asserted in this Action in connection with any other Issuer Defendant ); and

(iii)    all claims against Defendant Blue Point CDO SPC for the account of Series 2005-2 and Blue Point CDO Series 2005-2 LLC Segregated Portfolio asserted in this Action.

Dated: New York, New York
        March 24, 2014

Respectfully submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By:    s/Adam M. Bialek
        William F. Dahill
        Adam M. Bialek

500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050