**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:   215-963-5000
Facsimile:    215-963-5001
John C. Goodchild, III
Rachel Jaffe Mauceri

*Attorneys for The Lincoln National Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br>  LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA NATIONAL ASSOCIATION, *et al.,* <br><br> Defendants. | Adversary Proceeding <br> No. 10-03547 (SCC) |

**Rule 7007.1 Corporate Ownership Statement**

       Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, The Lincoln National Life Insurance Company, by and through its undersigned counsel, states that (a) The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, which is a publicly traded company; and (b) there are no reported holders of 10% or more of the common stock of Lincoln National Corporation.

<table>
<tr><td>Dated: Philadelphia, Pennsylvania<br>April 17, 2014</td><td>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: /s/ Rachel Jaffe Mauceri<br>Rachel Jaffe Mauceri<br>rmauceri@morganlewis.com<br>John C. Goodchild, III<br>jgoodchild@morganlewis.com<br><br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br><br>*Attorneys for The Lincoln National Life Insurance Company*</td></tr>
</table>