**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:    215-963-5000
Facsimile:    215-963-5001
John C. Goodchild, III
Rachel Jaffe Mauceri

*Attorneys for Country Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Plaintiff, | |
| -against- | Adversary Proceeding No. 10-03547 (SCC) |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.,* | |
| Defendants. | |

**Rule 7007.1 Corporate Ownership Statement**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Country Life Insurance Company ("Country Life"), by and through its undersigned counsel, states that (a) 99.99% of voting securities of Country Life are owned by Illinois Agricultural Holding Co. ("IAHC"), an Illinois business corporation; and (b) 98.8% of voting securities of IAHC are owned by Illinois Agricultural Association, a not for profit organization.

|  |  |
|---|---|
| Dated: Philadelphia, Pennsylvania<br>April 17, 2014 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: /s/ Rachel Jaffe Mauceri<br>Rachel Jaffe Mauceri<br>rmauceri@morganlewis.com<br>John C. Goodchild, III<br>jgoodchild@morganlewis.com<br><br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br><br>*Attorneys for Country Life Insurance Company* |