**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
        **Plaintiff,** :
:
-against- : **Adversary Proceeding**
: **No. 10-03547 (SCC)**
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
        **Defendants.** :
_____ x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendants Forward Funds and Forward Investment Grade Fixed Income Fund, arising out of or related to 801 Grand for the account of the Series 2006-1 Segregated Portfolio

and/or 801 Grand Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-03547 (SCC).

Dated: New York, New York
       April 23, 2014

                Respectfully submitted,

                WOLLMUTH MAHER & DEUTSCH LLP

                By:   s/Adam M. Bialek
                      William F. Dahill
                      Adam M. Bialek

                500 Fifth Avenue
                New York, New York 10110
                Telephone:  (212) 382-3300
                Facsimile:  (212) 382-0050

                *Counsel for Plaintiff*
                *Lehman Brothers Special Financing Inc.*