UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC. *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA NATIONAL ASSOCIATION *et al.*, <br><br> Defendants. | Adversary Proceeding <br><br> No. 10-03547 (SCC) |

**<u>Rule 7007.1 Corporate Ownership Statement</u>**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, SCOR Reinsurance Company, by and through its undersigned counsel, states that (a) SCOR Reinsurance Company is a wholly owned subsidiary of SCOR US Corporation; (b) SCOR US Corporation is a wholly owned subsidiary of SCOR SE, which is a publicly traded company; and (c) there are no reported holders of 10% or more of the common stock of SCOR SE.

Dated: April 29, 2014
      New York, New York

**HOGAN LOVELLS US LLP**

By: /s/ Andrew Behrman
Andrew Behrman
andrew.behrman@hoganlovells.com
Dan Lanigan
daniel.lanigan@hoganlovells.com
Peter Ivanick
peter.ivanick@hoganlovells.com
875 Third Avenue
New York, NY 10022
212-918-3000 (phone)

*Attorneys for SCOR Reinsurance Company*