Lawrence V. Gelber
Lucy F. Kweskin
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fascimile:  (212) 593-5955
*Attorneys for Structured Credit Opportunities Fund II, L.P., Tricadia Credit Strategies Master Fund, Ltd. and Mariner LDC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al*.,

Debtors.

------------------------------------------------------------x

LEHMAN BROTHERS SPECIAL FINANCING INC.,

*Plaintiff*,

vs.

BANK OF AMERICA NATIONAL ASSOCIATION, *et al*.

*Defendants*.

------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Adversary Proceeding

No. 10-03547 (SCC)

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                            : SS
COUNTY OF NEW YORK:

   DONNA ANGIULO,  being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

On April 29, 2014, I served a true and correct copy of the **Joinder Of Structured Credit Opportunities Fund II, L.P., Tricadia Credit Strategies Master Fund, Ltd., And Mariner LDC To The Response Of Group Of 77 Defendants To LBSF'S Proposed Scheduling Order** [Dkt. No. 748] upon the parties listed on the annexed "Service List" by United States Postal Service First Class Mail.

/s/ Donna Angiulo
Donna Angiulo

Sworn to before me this
29th day of April, 2014

/s/ Clifford Vaz
CLIFFORD VAZ
Notary Public, State of New York
No. 01VA6124019
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 21, 2017

## SERVICE LIST

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Attn: Paul R. DeFilipp, Esq.
William F. Dahill, Esq.
James N. Lawlor, Esq.
Adam M. Bialek, Esq.

Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017
Attn: Eric Winston, Esq.

Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014
Attn: William K. Harrington, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.