James H. Millar
Brian P. Morgan
**DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141

*Attorneys for Union Investment Institutional GmbH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>No. 10-03547 (SCC) |

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Union Investment Institutional GmbH, by and through its undersigned counsel, states that:

Union Investment Institutional GmbH is a wholly owned subsidiary of Union Asset Management Holding AG. DZ Bank AG holds more than 50% of the shares of Union Asset Management Holding AG.

Dated: May 7, 2014

**DRINKER BIDDLE & REATH LLP**

*James H. Millar*
James H. Millar
Brian P. Morgan
1177 Avenue of the Americas
41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

*Attorneys for Union Investment Institutional GmbH*

FP01/ 7175690.1