**LOWENSTEIN SANDLER LLP**
Jeffrey D. Prol, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

– and –

Jeffrey A. Kramer, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to Defendant Bank Sinopac, f/k/a International Bank of Taipei*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*., | Case No. 08-13555 (JMP) |
| **Debtors.** | Jointly Administered |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | |
| **Plaintiff,** | Adv. Case No. 10-03547 (JMP) |
| v. | |
| **BANK OF AMERICA NATIONAL ASSOCIATION, et al.,** | |
| **Defendants,** | |

## RULE 7007.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned defendant, Bank Sinopac, f/k/a International Bank of Taipei ("**Bank Sinopac**"), by its

undersigned counsel, states (i) that it is a wholly-owned subsidiary of SinoPac Financial Holding Company ("**SinoPac Holdings**"), a publicly listed financial holdings company on the Taiwan Stock Exchange, (ii) that SinoPac Holdings has no parent corporation and (iii) that, to the best of its knowledge, no publicly held company owns 10% or more of the common stock of SinoPac Holdings.

**NOTICE IS FURTHER GIVEN** that the foregoing Corporate Disclosure Statement is made without submitting to the jurisdiction of this Court.

**NOTICE IS FURTHER GIVEN** that neither this Corporate Disclosure Statement nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Bank Sinopac: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:  May 8, 2014             **LOWENSTEIN SANDLER LLP**

                                By:      /s/ Jeffrey D. Prol
                                        Jeffrey D. Prol, Esq.
                                        1251 Avenue of the Americas, 17th Floor
                                        New York, New York 10020
                                        (212) 262-6700 (Telephone)
                                        (212) 262-7402 (Facsimile)

– and –

Jeffrey A. Kramer, Esq.
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to Defendant Bank Sinopac
f/k/a International Bank of Taipei*

-3-