UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BANK OF AMERICA NATIONAL ASSOCIATION, et al.,**<br><br>**Defendants,** | Adv. Case No. 10-03547 (SCC) |

## ORDER GRANTING ADMISSION FOR JEFFREY A. KRAMER TO PRACTICE, PRO HAC VICE

Upon the motion of Jeffrey A. Kramer to be admitted, *pro hac vice*, to represent Defendant Bank Sinopac f/k/a International Bank of Taipei, the Defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in State of New Jersey and the bar of the United States District Court for the District of New Jersey, it is hereby

**ORDERED**, that Jeffrey A. Kramer Esq., is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York.

Dated: May 13, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

26584/2
05/13/2014 29875079.1