UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>No. 10-03547 (SCC) |

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT
OF SHENANDOAH LIFE INSURANCE COMPANY**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007.1-1, Defendant Shenandoah Life Insurance Company, by its undersigned counsel, states that it is a wholly-owned subsidiary of Prosperity Life Insurance Group, L.L.C. ("Prosperity Life"), a Delaware limited liability company. Reservoir Capital Group, L.L.C. holds an 80% membership interest in Prosperity Life, and Black Diamond Capital Partners, L.P. holds a 20% membership interest in Prosperity Life.

[Remainder of Page Intentionally Left Blank]

| | |
|---|---|
| Dated: May 13, 2014<br>New York, NY | HUNTON & WILLIAMS LLP<br><br>*/s/ Joseph Saltarelli*<br>Joseph L. Saltarelli, Esq.<br>John Richard Hein, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.309.1091<br>Facsmile: 212.309.1100<br><br>-and-<br><br>Shannon E. Daily, Esq. (VSB No. 79334)<br>Hunton & Williams LLP<br>951 E. Byrd Street<br>Richmond, VA 23219<br>Telephone: 804.788.8200<br>Facsimile: 804.788.8218<br><br>*Counsel to Shenandoah Life Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 13, 2014, I served a copy of the foregoing, via the Court's ECF system, on all counsel of record:

*Joseph J. Saltarelli*
Joseph J. Saltarelli