**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                              :

**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :

                **Plaintiff,**                       :

-against-                                        :        **Adversary Proceeding**
                                                         :        **No. 10-03547 (SCC)**

**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,**                                              :

                                                           :

                **Defendants.**                    :
---------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Helios Advantage Income Fund Inc. arising out of or related to 801 Grand CDO SPC for the account of the Series 2006-1 Segregated Portfolio and/or 801 Grand CDO Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-01357 (SCC).

Dated: New York, New York
       May 19, 2014

                                                    Respectfully submitted,

                                                  WOLLMUTH MAHER & DEUTSCH LLP

                                                  By:    s/William F. Dahill
                                                         William F. Dahill
                                                         Adam M. Bialek

                                                 500 Fifth Avenue
                                                 New York, New York 10110
                                                 Telephone: (212) 382-3300
                                                 Facsimile: (212) 382-0050

                                                 *Counsel for Plaintiff*
                                                 *Lehman Brothers Special Financing Inc.*