**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————— x
                                     :

**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :

                 :

           **Plaintiff,**          :

                 :

**-against-**                       :         **Adversary Proceeding**

                 :         **No. 10-03547 (SCC)**

**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,**                             :

                 :

                 :

           **Defendants.**     :

———————————————————————————— x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041

of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all

claims against Defendant Helios Multi-Sector High Income Fund Inc. arising out of or related to

801 Grand CDO SPC for the account of the Series 2006-1 Segregated Portfolio and/or 801 Grand

CDO Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-01357 (SCC).

Dated: New York, New York
        May 19, 2014

                                               Respectfully submitted,

                                               WOLLMUTH MAHER & DEUTSCH LLP

                                               By:     s/William F. Dahill          

                                                    William F. Dahill

                                                    Adam M. Bialek

                                               500 Fifth Avenue

                                               New York, New York 10110

                                               Telephone:  (212) 382-3300

                                               Facsimile:  (212) 382-0050

                                               *Counsel for Plaintiff*
                                               *Lehman Brothers Special Financing Inc.*