**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
                **Plaintiff,** :
:
-against- :     Adversary Proceeding
:     No. 10-03547 (SCC)
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
                **Defendants.** :
---------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Helios Strategic Income Fund Inc. arising out of or related to 801 Grand CDO SPC for the account of the Series 2006-1 Segregated Portfolio and/or 801 Grand CDO Series 2006-1 LLC asserted in the above Adversary Proceeding, No. 10-01357 (SCC).

Dated: New York, New York
       May 19, 2014

                                        Respectfully submitted,

                                        WOLLMUTH MAHER & DEUTSCH LLP

                                        By:    s/William F. Dahill
                                                William F. Dahill
                                                Adam M. Bialek

                                        500 Fifth Avenue
                                        New York, New York 10110
                                        Telephone: (212) 382-3300
                                        Facsimile: (212) 382-0050

                                        *Counsel for Plaintiff*
                                        *Lehman Brothers Special Financing Inc.*