**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
                                       :

In re                              :  Chapter 11
                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  Case No. 08-13555 (SCC)
                                       :

                  Debtors.        :  Jointly Administered
                                       :

———————————————————— x
                                       :

LEHMAN BROTHERS SPECIAL      :
FINANCING INC.,               :
                                       :

                Plaintiff,   :
                                       :  Adversary Proceeding

           -against-        :
                                       :  Case No. 10-03547  (SCC)

BANK OF AMERICA NATIONAL    :
ASSOCIATION, *et al.*,        :
                                       :

              Defendants.  :
                                       :

———————————————————— x

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

       PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Lehman Brothers Special Financing Inc. hereby dismisses with prejudice and without costs all claims asserted in this proceeding against Defendants Barclays Bank PLC, Barclays Capital Inc., and Long Island International Limited.

Dated:  New York, New York
        May 15, 2014


                                    ____/s/ Adam M. Bialek_____
                                    William F. Dahill
                                    Adam M. Bialek


                                    WOLLMUTH MAHER & DEUTSCH LLP
                                    500 Fifth Avenue
                                    New York, New York  10110
                                    (212) 382-3300

                                    *Attorneys for Lehman Brothers Special
                                    Financing Inc.*