**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――――― x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
      **Plaintiff,** :
:
-against- :   **Adversary Proceeding**
:   **No. 10-03547 (SCC)**
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
      **Defendants.** :
―――――――――――――――――――――――――――――― x

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Ameritas Life Insurance Corporation arising out of or related to Copper Creek CDO SPC for the account of the Series 2007-1 Segregated Portfolio and/or Copper Creek CDO LLC asserted in the above Adversary Proceeding, No. 10-01357 (SCC).

Dated: New York, New York
      May 20, 2014

                                        Respectfully submitted,

                                        WOLLMUTH MAHER & DEUTSCH LLP

                                        By:    s/Adam M. Bialek
                                                William F. Dahill
                                                Adam M. Bialek

                                        500 Fifth Avenue
                                        New York, New York 10110
                                        Telephone:  (212) 382-3300
                                        Facsimile:  (212) 382-0050

                                        *Counsel for Plaintiff*
                                        *Lehman Brothers Special Financing Inc.*