**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Peter A. Ivanick
Scott W. Reynolds
Daniel J. P. Lanigan

*Attorneys for SCOR Reinsurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| LEHMAN BROTHERS HOLDING INC., *et. al.*, | Chapter 11 |
| Debtors. | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., | |
| Plaintiff, | Adv. Pro. No. 10-03547 (JMP) |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR RECEIPT OF NOTICES AND ALL OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that SCOR Reinsurance Company ("SCOR"), a defendant in the above-captioned matter, hereby gives notice of the appearance of the undersigned as counsel on its behalf. Hogan Lovells US LLP ("Hogan Lovells") hereby enters its appearance in the above-captioned matter pursuant to section 1109(b) of title 11 of the United States Code (the

\\NY - 717520/000300 - 3230870 v1

"Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of SCOR.

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 9007 and 9010(b), and Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York, request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned at the following office address with a copy to the following email addresses:

Peter A. Ivanick
Scott W. Reynolds
Daniel J. P. Lanigan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: peter.ivanick@hoganlovells.com
scott.reynolds@hoganlovells.com
daniel.lanigan@hoganlovells.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, telex or otherwise, with regard to the above-captioned case.

\\NY - 717520/000300 - 3230870 v1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request of Receipt of Notices and All Other Documents does not constitute a waiver of any of SCOR's rights (1) to challenge the jurisdiction of the Court to adjudicate any matter, including without limitation any non-core matter; (2) to have final orders in non-core matters entered only after *de novo* review by the District Court; (3) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, setoffs, or recoupments to which SCOR is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 2, 2014

HOGAN LOVELLS US LLP

By: /s/Scott W. Reynolds
Peter A. Ivanick
Scott W. Reynolds
Daniel J. P. Lanigan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
E-mail: peter.ivanick@hoganlovells.com
        scott.reynolds@hoganlovells.com
        daniel.lanigan@hoganlovells.com

*Attorneys for SCOR Reinsurance Company*