**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
               :

**LEHMAN BROTHERS SPECIAL FINANCING INC.,**  :

               :

        **Plaintiff,**         :

               :

-against-               :        **Adversary Proceeding**

               :        **No. 10-03547 (SCC)**

**BANK OF AMERICA NATIONAL ASSOCIATION,**  :
**et al.,**

               :

               :

        **Defendants.**      :

———————————————————————— x

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041

of the Federal Rules of Bankruptcy Procedure, hereby dismisses without prejudice and without

costs all claims against Defendant Taiwan Life arising out of or related to Lakeview CDO SPC for

the account of the Series 2007-2 Segregated Portfolio and/or Lakeview CDO LLC for the account

of the Series 2007-2 Segregated Portfolio asserted in the above Adversary Proceeding, No. 10-

01357 (SCC).

Dated: New York, New York
       June 4, 2014

                    Respectfully submitted,

                    WOLLMUTH MAHER & DEUTSCH LLP

                    By:    <u>s/Adam M. Bialek</u>
                          William F. Dahill
                          Adam M. Bialek

                    500 Fifth Avenue
                    New York, New York 10110
                    Telephone:  (212) 382-3300
                    Facsimile:  (212) 382-0050

                    *Counsel for Plaintiff*
                    *Lehman Brothers Special Financing Inc.*