WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
Adam M. Bialek

*Special Counsel for Lehman Brothers Special Financing Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ————————————————————— x | |
| : | **Chapter 11** |
| **In re:** : | |
| : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| : | |
| **Debtors.** : | |
| ————————————————————— x | |
| : | |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **-against-** : | **Adversary Proceeding** |
| : | **No. 10-03547 (SCC)** |
| **BANK OF AMERICA NATIONAL ASSOCIATION,** : | |
| **et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |
| ————————————————————— x | |

**DECLARATION OF ADAM M. BIALEK IN SUPPORT OF ORDER TO**
**SHOW CAUSE TO EXTEND THE TIME TO ANSWER THE**
**DISTRIBUTED ACTION COMPLAINT AND GRANTING CERTAIN**
**RELIEF PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE**

ADAM M. BIALEK, being duly sworn, hereby declares pursuant to

section 1746 of title 28 of the United States Code:

1.      I am an attorney admitted to practice before this Court and a

partner at Wollmuth Maher & Deutsch LLP, special counsel for Lehman Brothers Special

Financing Inc. ("LBSF") in the above-captioned adversary proceeding.  Unless otherwise

indicated, the facts stated herein are based upon my personal knowledge.

2.     I submit this declaration in support of the Order to Show Cause to

Extend the Time to Answer the Distributed Action Complaint and Granting Certain

Relief Pursuant to Section 105(a) of the Bankruptcy Code (the "Order to Show Cause")

in connection with the adversary proceeding entitled *Lehman Brothers Special Financing*

*Inc. v. Bank of America National Association, et al.*, Adversary Proceeding No. 10-03547

(the "Distributed Action").

**A.     The Stay Order and the Proposed Distributed Action Scheduling Order**

3.     Pursuant to the Order Extending Stay of Avoidance Actions and

Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code and

Bankruptcy Rule 7004(a)(1), dated January 31, 2014 [Dkt. No. 42417] (the "Stay

Order"), Defendants in the Distributed Action may answer or otherwise respond to the

Complaint by either (i) July 5, 2014 or (ii) such time as set forth in the Distributed Action

Scheduling Order to be entered by the Court.  *See* Stay Order at 3-4.

4.     On May 14, 2014, the Court heard arguments concerning the post-

stay litigation protocol to be adopted for the Distributed Action following submissions

made to the Court by LBSF, the Group of 77 Defendants ("Group"), Trustee Defendants,

and Defendant JA Hokkaido Shinren ("JAH") [Adv. Pro. Nos. 714, 717, 725, 730, 731,

733, 747, 748, 754, 756; Dkt. Nos. 29507, 43983-1, 44200].  On the primary issue before

the Court, the Court ordered that Phase I of the proceeding would be Class Certification,

followed by motions to dismiss and answers in Phase II.  [Tr. 119:18-120:7]  The Court

requested submission of a proposed Distributed Action Scheduling Order reflecting this

decision, as well as (i) certain other matters that were addressed and decided by the Court

and (ii) other matters to be ironed out by the parties.  LBSF proceeded to draft a proposed

order which it circulated on May 22, 2014, to the Group, the Trustee Defendants and

JAH.  Thereafter, the parties exchanged further drafts in an effort to agree on a proposed

Distributed Action Scheduling Order to submit to the Court.  LBSF is hopeful that a

proposed order will be submitted to the Court this week with few, if any, issues to be

resolved.

5.    As discussed during the May 14 hearing, the intent behind the

proposed Distributed Action Scheduling Order is to avoid a litigation free-for-all that

could occur if, among other things, the Defendants were required to begin to answer or

otherwise respond on July 5, 2014, without the proposed Distributed Action Scheduling

Order being in place to manage the Distributed Action.

6.    LBSF intended that the Distributed Action Scheduling Order be in

place prior to July 5, 2014, but it is unclear whether that will occur as parties are still

suggesting revisions to the proposed order.

B.    **Extension of the Stay Order**

7.    To avoid triggering unnecessary filings and consistent with what

LBSF believes was the intent of the parties and the Court at the May 14 hearing, cause

exists to extend the time for the Defendants to Answer or otherwise respond to the

Complaint from July 5, 2014, to such time as set forth in the Distributed Action

Scheduling Order to be entered by the Court.

8.    Therefore, LBSF requests that the Order to Show Cause which

seeks that the time within which Defendants shall answer or otherwise respond to the

4

Complaint in the Distributed Action shall be governed by the Distributed Action

Scheduling Order to be entered by the Court, be granted.

        9.     No previous application for similar relief has been made with

respect to the Motion.

Dated:   New York, New York
          June 30, 2014

                           */s/ Adam M. Bialek*
                           Adam M. Bialek