**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
: 
In re: : **Chapter 11**
:
LEHMAN BROTHERS HOLDINGS INC., *et al*. : **Case No. 08-13555 (SCC)**
:
Debtors. :
:
---------------------------------------------------------------------X
---------------------------------------------------------------------X
LEHMAN BROTHERS SPECIAL FINANCING INC., :
:
Plaintiff, :
:
-against- : **Adversary Proceeding**
: **No. 10-03547 (SCC)**
BANK OF AMERICA NATIONAL ASSOCIATION, :
*et al*., :
:
Defendants. :
---------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs:

(i) all claims that have been or may be asserted in the above-captioned adversary proceeding (the "Action") against the sole purchaser and holder of the Series 2007-1 JPY 3,500,000,000 Synthetic Portfolio Notes due 2016 (the "Notes") issued by Beryl Finance Limited, solely to the extent such claims arise out of or relate to the Notes; and

(ii) all claims that have been or may be asserted in the Action against the Trustee Defendant BNY Corporate Trustee Services Limited (the "Trustee"), solely in its capacity as trustee for the Notes, arising out of or related to the Notes.

For the avoidance of doubt, nothing herein shall be construed as a dismissal of the causes of action in the Action that have been asserted or may be asserted against the sole purchaser and holder of the Notes or the Trustee, solely in its capacity as trustee for the Notes, that are not related to or in respect of the Notes, and nothing herein shall alter, waive, diminish, or impair any rights, claims, interests, or defenses of the parties with regard to such other causes of action or in connection with any other transaction.

Dated: New York, New York
   July 11, 2014

                Respectfully submitted,

                WOLLMUTH MAHER & DEUTSCH LLP

                By:  s/Adam M. Bialek
                    William F. Dahill
                    Adam M. Bialek

                500 Fifth Avenue
                New York, New York 10110
                Telephone: (212) 382-3300
                Facsimile: (212) 382-0050

                *Counsel for Plaintiff*
                *Lehman Brothers Special Financing Inc.*