Hearing Date and Time: August 12, 2014 at 10:00 a.m. Prevailing Eastern Time
Response Deadline: August 5, 2014 at 4:00 p.m. Prevailing Eastern Time

DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel: (212) 430-5400
Fax: (212) 430-5499
Howard D. Ressler, Esq.
Stephen T. Loden, Esq.
Benjamin R. Garry, Esq.

*Counsel for JA Hokkaido Shinren*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al*,                 :   Chapter 11
                                                            :
                        Debtors.                            :   Case No. 08-13555 (JMP)
                                                            :
------------------------------------------------------------:
                                                            :
**LEHMAN BROTHERS SPECIAL FINANCING INC.**                  :
                                                            :
                        Plaintiff,                          :
                                                            :
        v.                                                  :   Adv. No.: 10-03547 (JMP)
                                                            :
**BANK OF AMERICA, N.A.,** *et al*                          :
                                                            :
                        Defendants.                         :
------------------------------------------------------------x

**NOTICE OF HEARING ON**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

     **PLEASE TAKE NOTICE** that on August 12, 2014 at 10:00 a.m. (ET) a hearing will be held before United States Bankruptcy Judge Shelley C. Chapman at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 621, New York, New York 10004-1408, or as soon thereafter as counsel can be heard, to conduct a status hearing on the Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 795).

     **PLEASE TAKE FURTHER NOTICE** that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement thereof in open Court.

441715-1

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, that are filed by parties with legal representation shall be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be accessed through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document of which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format.  Responsive papers filed by a party with no legal representation shall comply with section (a), (b) or (c), as set forth in this paragraph, and shall be hand delivered directly to the Chambers of the Honorable Stuart M. Bernstein at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 723, New York, New York 10004-1408.  The objection shall be served in accordance with General Order M-242 or by first-class mail so as to be received **no later than 4:00 p.m. on  August 5, 2014** by (i) Diamond McCarthy LLP, 909 Fannin, Suite 1500, Houston, Texas 77010, Attn:  Stephen T. Loden, Esq., attorneys for the Trustee; (ii)  the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York  10004, Attn: Andrea B. Schwartz, Esq.; (iii) Richard W. Slack, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153; and (iv) those parties who have filed notices of appearance in this chapter 11 case.  In the event that no responsive papers are filed by this date, the relief sought shall be deemed uncontroverted and the Court may enter an appropriate order.

**PLEASE TAKE FURTHER NOTICE** that attendance at this hearing is not mandatory.

DATED:      July 21, 2014
            New York, New York

Respectfully submitted,

By:   */s/ Stephen T. Loden*
      Howard D. Ressler, Esq.
      Stephen T. Loden, Esq.
      Benjamin R. Garry, Esq.
DIAMOND MCCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Tel:  (212) 430-5400
Fax:  (212) 430-5499
*Counsel for JA Hokkaido Shinren*

444879-2                                              2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2014, I caused the foregoing Notice of Hearing on Motion to Dismiss for Lack of Personal Jurisdiction to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 621
New York, NY 10004

Office of the U.S. Trustee
Attn: Andrea B. Schwartz
       Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Daniel S. Klein
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 3000
Dallas, TX 75201

Adam M. Bialek
Wollmuth Maher & Deutsche LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110

Matthew Cucolo
Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas, 40th Floor
New York, NY 10020

Christopher Cox
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Richard W. Slack
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, HY 10153

*/s/ Stephen T. Loden*
STEPHEN T. LODEN

444879-2                    3