Lewis J. Liman, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for ANZ Nominees Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>-against-<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Adv. Proc. No. 10-03547 (SCC) |

**NOTICE OF ANZ NOMINEES LIMITED'S MOTION TO DISMISS THE THIRD
AMENDED COMPLAINT OF LEHMAN BROTHERS SPECIAL FINANCING INC.**

**PLEASE TAKE NOTICE** that the undersigned will move the United States Bankruptcy Court for the Southern District of New York (the "Court"), pursuant to Federal Rule of Civil Procedure 12(b)(2), made applicable here by Federal Rule of Bankruptcy Procedure 7012(b)(2), for an order dismissing with prejudice Plaintiff's Third Amended Complaint in the above-captioned adversary proceeding. A hearing to consider the Motion will be scheduled at a date and time to be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order dated October 6, 2014 [Dkt. No. 837], the Court will enter a further scheduling order setting forth the briefing schedule and a hearing date before the Court in connection with ANZ Nominees Limited's Motion to Dismiss.

Dated: New York, New York
       October 15, 2014

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Lewis J. Liman

One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
(lliman@cgsh.com)

Of Counsel
  Matthew Gurgel
  Kate Apostolova
  Sara B. Milstein

*Attorneys for ANZ Nominees Limited*