UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————x
                                                                      :
In re:                                                                :          Chapter 11
                                                                      :          Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :
                                                                      :
            Debtors.                                                  :
——————————————————————————x
LEHMAN BROTHERS SPECIAL FINANCING INC.,                               :
                                                                      :
            Plaintiff,                                                :
                                                                      :
-against-                                                             :          Adversary Proceeding
                                                                      :          No. 10-03547 (SCC)
BANK OF AMERICA NATIONAL ASSOCIATION,                                 :
*et al.*,                                                             :          **ORAL ARGUMENT**
                                                                      :          **REQUESTED**
            Defendants.                                               :
——————————————————————————x

### NOTICE OF CLEARSTREAM BANKING S.A.'S MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in

Support of Clearstream Banking S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction,

dated October 22, 2014, the Declaration of John Vassos, dated October 22, 2014, with the

exhibits attached thereto, the Declaration of Clearstream Representatives Berthold Kracke and

Mark Gem, dated October 22, 2014, with the exhibits attached thereto, and the pleadings and

other papers on file in this action, Clearstream Banking S.A., by its undersigned counsel, will

move the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

Bankruptcy Court, One Bowling Green, New York, New York 10004 as soon as counsel may be

heard, for an Order dismissing with prejudice the Third Amended Complaint filed in the above-

captioned action on September 15, 2014, pursuant to Federal Rule of Civil Procedure 12(b),

made applicable by Federal Rule of Bankruptcy Procedure 7012, and granting such other and

further relief as this Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the motion and

in reply in further support of the motion shall be served and filed in accordance with the Order

Regarding the Motions to Dismiss for Lack of Personal Jurisdiction filed in this proceeding on

October 6, 2014 [Dkt No. 837] and the Stipulation filed in this proceeding on October 14, 2014

[Dkt No. 839].

Dated:  New York, New York
       October 22, 2014

                      MORGAN, LEWIS & BOCKIUS LLP

                      _/s/ John M. Vassos_____
                      John M. Vassos
                      jvassos@morganlewis.com
                      Mary C. Pennisi
                      mpennisi@morganlewis.com
                      101 Park Avenue
                      New York, New York 10178-0060
                      (212) 309-6000
                      *Attorneys for Defendant*
                      *Clearstream Banking S.A.*