UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>                       Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>                       Plaintiff,<br><br>                   *- against -*<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*,<br><br>                       Defendants. | Adversary Proceeding<br>No. 10-03547 (SCC) |

**STIPULATION OF ADJOURNMENT**

        WHEREAS, on July 14, 2014, this Court entered a Scheduling Order [Dkt. No. 794] (the "July 14 Order"), pursuant to which Defendants must oppose Lehman Brothers Special Financing Inc. ("LBSF")'s Motion to Certify Defendant Class (the "Class Certification Motion") within sixty (60) days of LBSF's filing of the Class Certification Motion;

        WHEREAS, on October 27, 2014, LBSF filed its Class Certification Motion;

        WHEREAS, pursuant to the July 14 Order and Rule 6 of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure, December 29, 2014 is the date by which Defendants must file opposition to LBSF's Class Certification Motion;

        WHEREAS, the July 14 Order also provided for Defendants to depose LBSF's expert or factual witnesses and conduct other reasonably necessary discovery within sixty (60) days of LBSF's filing of the Class Certification Motion;

WHEREAS, Credit Suisse Securities (Europe) Ltd. and LBSF have conferred regarding a proposed modification to the schedule in the July 14 Order as related to the deadlines applicable to Credit Suisse Securities (Europe) Ltd. and LBSF;

IT IS HEREBY STIPULATED AND AGREED, by and between LBSF and Credit Suisse Securities (Europe) Ltd., by their respective and undersigned counsel, as follows:

1. The deadline for Credit Suisse Securities (Europe) Ltd. to oppose LBSF's Class Certification Motion is hereby extended to Friday, January 30, 2015.

2. The deadline for Credit Suisse Securities (Europe) Ltd. to conduct reasonably necessary discovery, including the deposition of LBSF's expert and factual witnesses concerning the Class Certification Motion, is hereby extended to Friday, January 30, 2015.

3. LBSF's time to file a memorandum of law in further support of its Class Certification Motion is hereby extended to March 31, 2015.

4. LBSF's time to depose Credit Suisse Securities (Europe) Ltd.'s expert or factual witnesses, or conduct other reasonably necessary discovery, is hereby extended to March 31, 2015.

5. The terms of the July 14 Order shall otherwise remain unchanged, including the preservation of other defenses, including a defense based on personal jurisdiction, pursuant to paragraph 10 of the July 14 Order.

Dated: New York, NY
      December 24, 2014        CRAVATH, SWAINE & MOORE LLP

/s/ Michael A. Paskin
Richard Levin
rlevin@cravath.com
Richard W. Clary
rclary@cravath.com
Michael A. Paskin
mpaskin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212-474-1000
Facsimile: 212-474-3700

*Attorneys for Credit Suisse Securities (Europe) Ltd.*

WOLLMUTH MAHER & DEUTSCH LLP

/s/ Adam M. Bialek
Adam M. Bialek
abialek@wmd-law.com
500 Fifth Avenue
New York, NY 10110
Tel: (212) 382-3300
Facsimile: (212) 382-0050

*Attorneys for Lehman Brothers Special Financing Inc.*

**IT IS SO-ORDERED**:
Dated: December 29, 2014
      New York, New York

        /S/ Shelley C. Chapman
        HONORABLE SHELLEY C. CHAPMAN
        UNITED STATES BANKRUPTCY JUDGE