**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
LEHMAN BROTHERS SPECIAL FINANCING INC.,   :
:
                Plaintiff,   :
:
-against-   :   **Adversary Proceeding**
:   **No. 10-03547 (SCC)**
BANK OF AMERICA NATIONAL ASSOCIATION,   :
*et al.*,   :
:
                Defendants.   :
---------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendant Montrose Harbor CDO I asserted in the above Adversary Proceeding, No. 10-03547 (SCC).

Dated: New York, New York
       February 23, 2016

                                              Respectfully submitted,

                                              WOLLMUTH MAHER & DEUTSCH LLP

                                              By:   /s/ Adam M. Bialek
                                                     William F. Dahill
                                                     Adam M. Bialek

                                              500 Fifth Avenue
                                              New York, New York 10110
                                              Telephone:  (212) 382-3300
                                              Facsimile:  (212) 382-0050

                                              *Counsel for Plaintiff*
                                              *Lehman Brothers Special Financing Inc.*