**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
**LEHMAN BROTHERS SPECIAL FINANCING INC.,** :
:
        **Plaintiff,** :
:
-against- : **Adversary Proceeding**
: **No. 10-03547 (SCC)**
**BANK OF AMERICA NATIONAL ASSOCIATION,** :
**et al.,** :
:
:
        **Defendants.** :
---------------------------------------------------------------- x

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE, that Plaintiff Lehman Brothers Special Financing Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismisses with prejudice and without costs all claims against Defendants The Bank of New York Mellon N.A., BNY Corporate Trustee Services Limited, BNY Mellon Corporate Trustee Services Ltd., The Bank of New York Mellon, London Branch and The Bank of New York Mellon Trust Company, N.A. asserted in the above Adversary Proceeding, No. 10-03547 (SCC).

Dated: New York, New York
      March 23, 2018

                                            Respectfully submitted,

                                            WOLLMUTH MAHER & DEUTSCH LLP

                                            By:    s/ Mara R. Lieber
                                                    William F. Dahill
                                                    Mara R. Lieber

                                            500 Fifth Avenue
                                            New York, New York 10110
                                            Telephone: (212) 382-3300
                                            Facsimile: (212) 382-0050

                                            *Counsel for Plaintiff*
                                            *Lehman Brothers Special Financing Inc.*